UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DEWEY MASON, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>WRIGHT BROTHERS CONSTRUCTION COMPANY, INC.,<br><br>*Defendant*. | Case No.: 1:24-cv-384<br><br>Judge Curtis L. Collier<br>Magistrate Judge Christopher H. Steger |

## JUDGMENT ORDER

On August 11, 2025, the parties filed a joint stipulation of remand to the originating state court, the Chancery Court of Bradley County, Tennessee. (Doc. 29.) The Court treated this as a joint motion to remand. (Doc. 30 at 1.) Because the parties failed to identify any defect or cite any authority that justified remand (Doc. 29 at 1), the Court ordered the parties to show cause within seven days why the case should be remanded (Doc. 30). The parties jointly responded to the Show Cause Order on August 19, 2025. (Doc. 31.) They represent that "[i]n reviewing the informal discovery and through conversations at mediation, the Parties came to the realization that the true amount in controversy was well below the $5,000,000 requirement under the Class Action Fairness Act," the basis for subject-matter jurisdiction here. (*Id*. ¶ 4.)

Because discovery and mediation have revealed that the Court lacks federal question jurisdiction under the Class Action Fairness Act, remanding this matter to state court is appropriate. The joint motion to remand (Doc. 29) is **GRANTED**, and this action is **REMANDED** to the Chancery Court of Bradley County, Tennessee. The Clerk is **DIRECTED** to close the case.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT